Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Pro-Point, Inc., d/b/a*
*Go Clean Chemical, Marsh And*
*Marsh, LLC, Richard Marsh,*
*Lynne Marsh, And Shawn Marsh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ECOLAB, USA, INC., | Case No.:   2:23-cv-02097-CDS-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT** |
| PRO-POINT, INC., D/B/A GO CLEAN CHEMICAL, MARSH AND MARSH, LLC, RICHARD MARSH, LYNNE MARSH, AND SHAWN MARSH, | **(First Request)** |
| Defendants. | |

DEFENDANTS PRO-POINT, INC., D/B/A GO CLEAN CHEMICAL, MARSH AND

MARSH, LLC, RICHARD MARSH, LYNNE MARSH, AND SHAWN MARSH

("Defendants"), by and through their attorneys, the law firm of MORTENSON & RAFIE, LLP,

and PLAINTIFF ECOLAB USA, INC., by and through its attorneys, the law firms of Merchant

& Gould P.C. and Lewis Roca Rothgerber Christie LLP, hereby stipulate and agree to extend

the date for Defendants' Response to Plaintiff's complaint for thirty (30) days.

Defendants were served on January 2, 2024.  The last day to respond to Plaintiff's

Complaint (Ecf. No.1) is January 23, 2024.

MORTENSON & RAFIE, LLP
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107

1    The parties need more time in an attempt to reach a resolution of the case.  The parties

2  hereby stipulate and agree to extend the date of response to February 22, 2024.

3  DATED this  23  day of January, 2024.        DATED this  23  day of January, 2024.

4

5  **MORTENSON & RAFIE, LLP**              **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

6      */s/ Darius F. Rafie*                      */s/ Meng Zhong*

7  Darius F. Rafie, Esq.                    Meng Zhong
   Nevada Bar No. 6465                      Nevada Bar No. 12145
8  10781 W. Twain Avenue                    3993 Howard Hughes Pkwy., Ste. 600
9  Las Vegas, NV 89135                      Las Vegas, NV 89169
   Ph: 702-363-4190                         Ph: 702-949-8200
10 Fx: 702-363-4107                         mzhong@lewisroca.com
   Email: manager@nvlaw.us
11 *Attorney for Pro-Point, Inc., d/b/a*    Scott W. Johnston
   *Go Clean Chemical, Marsh And*           MERCHANT & GOULD P.C.
12 *Marsh, LLC, Richard Marsh,*             150 South Fifth St., Ste. 2200
13 *Lynne Marsh, And Shawn Marsh*           Minneapolis, MN 55402
                                            Ph: 612-332-5300
14                                          sjohnston@merchantgould.com

15                                          *Attorneys for Ecolab USA Inc.*

16

17     **IT IS SO ORDERED:**

18

19  UNITED STATES MAGISTRATE JUDGE

20

21  DATED: ___January 23, 2024_____

22

23

24

25

26

27

28

**MORTENSON & RAFIE, LLP**
10781 West Twain Avenue
Las Vegas, Nevada 89135
Telephone (702) 363-4190 Facsimile (702) 363-4107