Darius F. Rafie, Esq.
Nevada Bar No. 6465
**MORTENSON & RAFIE, LLP**
10781 W. Twain Avenue
Las Vegas, NV 89135
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Pro-Point, Inc., d/b/a Go Clean Chemical, Marsh And Marsh, LLC, Richard Marsh, Lynne Marsh, And Shawn Marsh*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ECOLAB, USA, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRO-POINT, INC., D/B/A GO CLEAN CHEMICAL, MARSH AND MARSH, LLC, RICHARD MARSH, LYNNE MARSH, AND SHAWN MARSH,<br><br>　　　　　Defendants. | Case No.:   2:23-cv-02097-CDS-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br>**(Second Request)** |

　　　DEFENDANTS PRO-POINT, INC., D/B/A GO CLEAN CHEMICAL, MARSH AND MARSH, LLC, RICHARD MARSH, LYNNE MARSH, and SHAWN MARSH ("Defendants"), by and through their attorneys, the law firm of MORTENSON & RAFIE, LLP, and PLAINTIFF ECOLAB USA, INC., by and through its attorneys, the law firms of Merchant & Gould P.C. and Lewis Roca Rothberger Christie LLP, hereby stipulate and agree to extend the date for Defendants' Response to Plaintiff's complaint for an additional thirty (30) days, to March 25, 2024

Defendants were served on January 2, 2024. The first request for an extension (Ecf. No. 14) extend the time for Defendants to respond to Plaintiff's Complaint (Ecf. No.1) to February 22, 2024. This request seeks an additional thirty (30) days to March 25, 2024.

The parties need additional time in an attempt to reach a resolution of the case. The parties hereby stipulate and agree to extend the date of response to March 25, 2024.

DATED this 22 day of February, 2024.    DATED this 22 day of February, 2024.

**MORTENSON & RAFIE, LLP**              **LEWIS ROCA ROTHGERBER CHRISTIE LLP**

 */s/ Darius F. Rafie*                   /s/ *Meng Zhong*
_____            _____
Darius F. Rafie, Esq.                   Meng Zhong
Nevada Bar No. 6465                     Nevada Bar No. 12145
10781 W. Twain Avenue                   3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89135                     Las Vegas, NV 89169
Ph: 702-363-4190                        Ph: 702-949-8200
Fx: 702-363-4107                        mzhong@lewisroca.com
Email: manager@nvlaw.us
*Attorney for Pro-Point, Inc., d/b/a*   Scott W. Johnston
*Go Clean Chemical, Marsh And*          MERCHANT & GOULD P.C.
*Marsh, LLC, Richard Marsh,*            150 South Fifth St., Ste. 2200
*Lynne Marsh, And Shawn Marsh*          Minneapolis, MN 55402
                                        Ph: 612-332-5300
                                        sjohnston@merchantgould.com

*Attorneys for Ecolab USA Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2024