Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Telephone No. 702.949.8200
mzhong@lewisroca.com

Scott W. Johnston (admitted *Pro Hac Vice*)
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Telephone No. 612.332.5300
Facsimile No. 612.332.9081
sjohnston@merchantgould.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ECOLAB USA INC.<br><br>    Plaintiff,<br><br>v.<br><br>PRO-POINT, INC.<br><br>    Defendant. | Case No. 2:23-cv-02097-CDS-EJY<br><br>**JOINT MOTION TO STAY SCHEDULING ORDER DEADLINES DUE TO SETTLEMENT** |

Pursuant to Local Rule 26-4, Plaintiff Ecolab USA Inc. ("Plaintiff") and Defendant Pro-Point, Inc. jointly request that the Court stay the deadline for the parties to submit a proposed discovery plan and scheduling order in light of the parties' ongoing efforts to memorialize and execute a settlement of this action:

In support of this Stipulation, the parties state as follows:

1. The parties believe they have arrived at principal terms to resolve this case and request that the proposed discovery plan and scheduling order deadline (ECF No. 23) be stayed while the parties work to memorialize and execute a written settlement of this action.

2. In the unlikely event that settlement does not occur, the parties will jointly notify the Court and request appropriate extensions of the remaining scheduling order deadlines.

1

110756392.1

3. This motion is brought in the interest of justice and not for the purpose of undue delay.

4. The parties will agree to submit a status report in 60 days if this matter has not concluded by then.

[SIGNATURES ON NEXT PAGE]

Jointly and respectfully submitted this 24th day of May.

| MORTENSON & RAFIE, LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| */s/ Darius F. Rafie* | */s/Meng Zhong* |
| Darius F. Rafie, Esq.<br>Nevada Bar No. 6465<br>10781 W. Twain Avenue<br>Las Vegas, NV 89135<br>Ph: 702-363-4190<br>Fx: 702-363-4107<br>Email: manager@nvlaw.us<br><br>*Attorney for Pro-Point, Inc.* | Meng Zhong<br>Nevada Bar No. 12145<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169<br>Ph: 702-949-8200<br>mzhong@lewisroca.com<br><br>Scott W. Johnston<br>MERCHANT & GOULD P.C.<br>150 South Fifth St., Ste. 2200<br>Minneapolis, MN 55402<br>Ph: 612-332-5300<br>sjohnston@merchantgould.com<br><br>*Attorneys for Ecolab USA Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**DATED:** May 25, 2024

110756392.1

3