Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Tele: 702.949.8200
mzhong@lewisroca.com

Scott W. Johnston (admitted *Pro Hac Vice*)
MERCHANT & GOULD P.C.
150 South Fifth Street, Suite 2200
Minneapolis, MN 55402
Tele: 612.332.5300
sjohnston@merchantgould.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ECOLAB USA INC.<br><br>     Plaintiff<br><br>v.<br><br>PRO-POINT, INC.<br><br>     Defendant | Case No. 2:23-cv-02097-CDS-EJY<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff ECOLAB USA, INC. ("Plaintiff"), by and through its attorneys, the law firms of Merchant & Gould P.C. and Lewis Roca Rothgerber Christie LLP, and Defendant PRO-POINT, INC ("Defendant"), by and through their attorneys, the law firm of Mortenson & Rafie, LLP, hereby stipulate to dismiss the above-entitled action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

125195905.1

Jointly and respectfully submitted this 18th day of June, 2024.

| | |
|---|---|
| **MORTENSON & RAFIE, LLP** | **LEWIS ROCA ROTHGERBER CHRISTIE LLP** |
| /s/ Darius F. Rafie | /s/ Meng Zhong |
| Darius F. Rafie, Esq. | Meng Zhong |
| Nevada Bar No. 6465 | Nevada Bar No. 12145 |
| 10781 W. Twain Avenue | 3993 Howard Hughes Pkwy., Ste. 600 |
| Las Vegas, NV 89135 | Las Vegas, NV 89169 |
| Email: manager@nvlaw.us | Email: mzhong@lewisroca.com |
| *Attorney for Pro-Point, Inc.* | Scott W. Johnston |
| | MERCHANT & GOULD P.C. |
| | 150 South Fifth St., Ste. 2200 |
| | Minneapolis, MN 55402 |
| | sjohnston@merchantgould.com |
| | *Attorneys for Ecolab USA Inc.* |

Based on the parties' stipulation, this case is dismissed with prejudice. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 20, 2024

- 2 -